# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

December 2, 2009



*cl # 105*
*$2.93*
*12/2/09*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE: PRICE, BARBARA J.
      BK No.: 07-22792

Dear Clerk:

    Under FRBP 3010, enclosed please find a Trustee's check in the amount of $2.93, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 4 | LVNV Funding LLC its successors and assigns as assignee of Citibank, Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 | $86.26 | 06/12/08 | $2.93 |

Sincerely,

*[signature]*

Madeline M. Stolt
Paralegal
Encl.

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP